# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

ROBERT K. ELLIS,

    Petitioner,

v.                               CIVIL ACTION NO.: CV208-072

DEBORAH A. HICKEY, Warden,
and WARREN LITTLE, United
States Probation Officer,

    Respondents.

## ORDER

Presently before the Court are Petitioner Robert Ellis' ("Ellis") Objections to the Magistrate Judge's Report and Recommendation. Ellis asserts the Magistrate Judge is allowing false information to be held in Ellis' central file and custody records. Ellis alleges that Exhibits 6 and 7 attached to his petition for writ of habeas corpus indicate he asked that the false information be removed from his Pre-Sentence Investigation Report and any custody records and to be relieved of the burden caused by having this false information in his central file.

Ellis' Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Ellis' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**, without prejudice, due to Ellis' failure to exhaust his administrative remedies prior to filing this cause of

AO 72A
(Rev. 8/82)

action. The portion of Ellis' petition requesting that the Bureau of Prisons transfer him to another institution is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 19 day of June, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE